UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SWAN SHEN,                      )
     Plaintiff                  )
                                )
          v.                    )  C.A. No. 15-11593-MLW
                                )
CMFG LIFE INSURANCE CO. et al.  )
     Defendants.                )

ORDER

WOLF, D.J.                                    March 22, 2016

On February 2, 2015, Swan Shen filed this action in the
Suffolk Superior Court for the Commonwealth of Massachusetts. In
Counts I and II of her complaint, Shen alleges that the defendants,
her former employers and supervisors, discriminated against her
because of her race and gender. In Counts III through VII, she
alleges that the defendants defamed her, caused her severe
emotional distress, and failed to honor or otherwise interfered
with her employment contract. The defendants subsequently removed
the case to federal court.

After answering the complaint, the defendants moved to compel
arbitration on Counts III through VII and stay proceedings until
arbitration was complete. See Docket No. 18. On August 14, 2015,
the court referred the motion to Magistrate Judge Bowler for a
Report and Recommendation.

The Magistrate Judge issued her Report and Recommendation on
March 4, 2016. See Docket No. 34. In it, she concludes that Counts

III through VII are subject to a valid and enforceable arbitration agreement, which the defendants are entitled to invoke. She also concludes that a stay is appropriate under the Federal Arbitration Act, 9 U.S.C. §3. Accordingly, she recommends that the defendants' motion be allowed.

The time period for objections to the Report and Recommendation has expired, and no objections have been filed. Furthermore, the court has reviewed the Magistrate Judge's reasoning and finds it to be thorough, thoughtful, and persuasive. Therefore, the Report and Recommendation is being adopted.

In view of the foregoing, it is hereby ORDERED that:

1.    The Magistrate Judge's Report and Recommendation (Docket No. 34) is ADOPTED and INCORPORATED pursuant to 28 U.S.C. §636.

2.    For the reasons stated in the Report and Recommendation, the defendants' Motion to Compel Arbitration and Stay Proceedings (Docket No. 18) is ALLOWED and this case is STAYED.

3.    The parties shall, within thirty days of the conclusion of the arbitration, report whether this case should be dismissed and, if not, propose a schedule for resolving the issue(s) to be litigated.

UNITED STATES DISTRICT JUDGE